DAVID A. DILLARD, CA Bar No. 97,515
david.dillard@cph.com
DAVID W. KLINGER, CA Bar No. 259,316
david.klinger@cph.com
CHRISTIE, PARKER & HALE, LLP
655 N. Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff,
GENERATIONE CONSULTING, LLC

FILED
2013 FEB 26 PM 2:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GENERATIONE CONSULTING, LLC,

    Plaintiff,

vs.

KAYAKO, INC.,

    Defendant.

Case No. SACV13-337-JST (MLGx)

**COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION;**

**DEMAND FOR JURY TRIAL**

For its Complaint, GenerationE Consulting, LLC ("gen-E") alleges as follows:

## I.  JURISDICTION AND VENUE.

1.   This is an action for infringement of an unregistered trademark in violation of 15 U.S.C. § 1125(a), and for common law unfair competition. Jurisdiction is conferred by 28 U.S.C. §§ 1338(a) and (b). This Court has supplemental jurisdiction over Plaintiff's state law claim under 28 U.S.C. § 1367(a). Venue is proper under 28 U.S.C. § 1391(b) in that Defendant does business in California, and has committed acts of infringement in this District.

## II.  PARTIES.

2.   Plaintiff gen-E is a limited liability company organized and existing under the laws of the State of Illinois having a business address at 901 Calle

Amanecer, Suite 360, San Clemente, CA 92673.

3. On information and belief, Defendant Kayako, Inc. ("Kayako ") is a corporation organized and existing under the laws of the State of Idaho having a business address of 420 Main Street, Suite 203, Boise, ID 83702.

### III. FACTS COMMON TO ALL CLAIMS.

4. gen-E is the owner of the unregistered mark "RESOLVE" used at least as early as 2008 in conjunction with the sale of information technology support software. gen-E's products bearing the mark "RESOLVE" are sold to businesses via the internet and through a national network of sales representatives who market directly to potential customers.

5. gen-E is in the business of creating and providing software that automates information technology support processes. gen-E's RESOLVE products have had outstanding commercial success for approximately 5 years and are distributed throughout the United States, including California. gen-E has sold millions of dollars worth of products bearing the RESOLVE mark. gen-E has extensively promoted its RESOLVE software nationwide via the internet, press releases, and trade shows.

6. gen-E has been careful, skillful and diligent in its conduct of its business and has maintained uniform standards of high quality in its goods. As a result of these efforts, gen-E's "RESOLVE" mark has acquired public acceptance and is recognized by the public as being associated with high quality information technology support software products, thereby creating goodwill which inures to gen-E's benefit.

7. Upon information and belief, Kayako has begun using the trademark "RESOLVE" in connection with the advertising and sale of information technology support software. Kayako's use of the "RESOLVE" mark has been and continues to be without the authorization and consent of gen-E.

## FIRST CLAIM FOR RELIEF
### (Infringement of an Unregistered Trademark)

8. gen-E repeats and incorporates herein the allegations contained in paragraphs 1 through 7 hereinabove.

9. gen-E's "RESOLVE" mark is inherently distinctive and further has acquired distinctiveness as a result of its long exclusive use by gen-E.

10. The above-cited acts by Kayako constitute infringement of an unregistered trademark in violation of 15 U.S.C. § 1125(a) in that Kayako has used a mark that is confusingly similar and, in fact, identical to gen-E's unregistered "RESOLVE" trademark in promoting and selling its goods, and thereby falsely designating the source of origin of such goods and thereby likely to cause confusion or mistake or deceive the public that Kayako's goods are authorized, sponsored by, or affiliated with gen-E, and Kayako has caused such goods to enter into commerce which may be regulated by Congress.

11. gen-E has been damaged by Kayako's trademark infringement by reason of the likelihood that potential customers have been confused as to the source of Kayako's goods and the relationship of such goods to gen-E.

12. Kayako has profited from its acts of trademark infringement alleged herein.

13. By reason of Kayako's acts alleged herein, gen-E has suffered damage to its goodwill and the loss of sales and profits gen-E would have made but for Kayako's acts.

14. On information and belief, Kayako's actions have been willful and taken without regard for the established rights of gen-E.

## SECOND CLAIM FOR RELIEF
### (Unfair Competition Under California Common Law)

15. gen-E repeats and realleges paragraphs 1 through 14 hereinabove.

16. The above-described conduct of Kayako constitutes unfair

CHRISTIE, PARKER & HALE, LLP

competition under the common law of the State of California.

17. As a result of such actions, gen-E has been damaged in an amount to be proven at trial.

18. Because Kayako's conduct has been intentional, willful, and in reckless disregard of gen-E's rights, gen-E is entitled to punitive damages against Kayako.

## PRAYER FOR RELIEF

WHEREFORE, gen-E requests entry of judgment in its favor and against Kayako as follows:

A. A permanent injunction prohibiting Kayako from:

1) using the trademark "RESOLVE" alone or in combination with other words, symbols or designs including in any manner in connection with hardware products, including metal ladder and dump carts; and

2) from using any representations of fact in connection with its products which are likely to cause confusion, or to cause mistake or to deceive as to the affiliation, connection or association of Kayako and gen-E, or as to the origin, sponsorship or approval of Kayako's products by gen-E;

B. Compensatory damages and disgorgement of Kayako's profits from the sale of goods in connection with which Kayako has used the "RESOLVE" trademark under 15 U.S.C. § 1117;

C. Treble damages pursuant to 15 U.S.C. § 1117;

D. Punitive damages;

E. Prejudgment interest, costs, expenses, and reasonable attorney's fees for this suit;

//
//
//
//

CHRISTIE, PARKER & HALE, LLP

F. Such other and further relief as this court may deem just and proper.

DATED: February 25, 2013

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By _____
David A. Dillard
David W. Klinger

Attorneys for Plaintiff,
GENERATIONE CONSULTING, LLC

-5-

## DEMAND FOR JURY TRIAL

Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff gen-E hereby demands trial by jury on all issues triable to a jury.

DATED: February 25, 2013

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By _____
David A. Dillard

Attorneys for Plaintiff,
GENERATIONE CONSULTING, LLC

RG PAS1216985.2-*-02/25/13 10:09 AM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Josephine Tucker and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

**SACV13- 337 JST (MLGx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
David A. Dillard, CA Bar # 97515
david.dillard@cph.com
CHRISTIE, PARKER & HALE, LLP
655 N. Central Avenue, Suite 2300
Glendale, CA  91203 - 626-795-9900 (T) / 626-577-8800 (F)



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERATIONE CONSULTING, LLC, a California corporation<br><br>v.<br><br>KAYAKO, INC.,<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV13-337-JST (MLGx)<br><br>**SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached [X] complaint [ ] _____ amended complaint [ ] counterclaim [ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, David A. Dillard, CHRISTIE, PARKER & HALE, whose address is 655 N. Central Avenue, Suite 2300, Glendale, CA  91203,  - (Tel.) ( 626) 795-9900 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: FEB 26 2013         By: _____MARILYN D____
                                Deputy Clerk
                                (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                    SUMMONS                              CCD-1A



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
GENERATIONE CONSULTING, LLC, a California corporation

**DEFENDANTS**
KAYAKO, INC., an Idaho corporation

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
David A. Dillard, CA Bar No. 97515, CHRISTIE, PARKER & HALE, LLP, 655 N. Central Avenue, Suite 2300, Glendale, CA 91203 (626) 795-9900 (T)

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
TRADEMARK INFRINGEMENT

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number:  SACV13-337

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles<br>Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Idaho |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles<br>Orange | Idaho |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date February 25, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |